Raphael Deutsch
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ, 07601
P. (201) 282-6500
Fax: 201-282-6501
rdeutsch@steinsakslegal.com

*Attorney for Plaintiff Eugene Robinson-Morris*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Eugene Robinson-Morris, individually and on behalf of all others similarly situated, | ) Docket No.   2:21-cv-1491 ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| Investment Retrievers, Inc. and John Does 1-25 | ) |
| Defendant, |  |

**NOTICE OF SETTLEMENT**

Please take notice that Plaintiff, Eugene Robinson-Morris ("Plaintiff"), and the Defendant, Investment Retrievers, Inc. have settled this matter.

The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

This the 14th day of October 2021.

                                              Respectfully submitted,

                                               /s/ Raphael Deutsch
                                              Raphael Deutsch

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stein Saks, PLLC
One University Plaza
Hackensak, NJ 07601
rdeutsch@steinsakslegal.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 14, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Raphael Deutsch
*Counsel for Plaintiff*

- 3 -